Lewis H. SAPER, Trustee, Appellant,

v.

Stanley K. OLDDEN, as Assignee for the benefit of creditors of Ronald H. Garretson, Appellee.

No. 316, Docket 23600.

United States Court of Appeals Second Circuit.

Submitted April 15, 1955.

Decided May 12, 1955.

I. Arnold Ross, New York City, for appellant.

Robert J. Blum, New York City, for appellee.

Before FRANK, MEDINA and STALEY, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Ryan. 134 F.Supp. 619.